# EXHIBIT 2

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: November 28, 2023.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50591-cag |
| | § | |
| CHRIS PETTIT & ASSOCIATES, P.C. and | § | (JOINTLY ADMINISTERED) |
| CHRISTOPHER JOHN PETTIT, | § | |
| | § | |
| Debtors. | § | CHAPTER 11 |
| VERSTUFT ET AL, | § | |
|     Plaintiff, | § | |
| | § | ADVERSARY NO. 23-05039-cag |
| v. | § | |
| | § | |
| WELLS FARGO, | § | |
|     Defendant. | § | |

### COURT'S ENTRY OF DEFAULT

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law:

**CHRISTOPHER JOHN PETTIT**

Therefore, default is entered against the Defendant as authorized by Bankruptcy Rule 7055(b)(2) as to **liability only**. The Court will set a hearing on damages when Plaintiff files its motion for default judgment.

**IT IS SO ORDERED.**

# # #