IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK VERSTUYFT, ROBIN VERSTUYFT, THE BEYER LIVING TRUST, GORDON KUENEMANN, and WENDY KUENEMANN<br><br>   Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO NATIONAL BANK WEST<br><br>   Defendants. | §§§§§§§§§§§§§§ Case No. 5:24-cv-00229-JKB-RBF |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONSOLIDATION OF RELATED CASE FOR DISCOVERY

Before the Court is Wells Fargo Bank, N.A. and Wells Fargo National Bank West's (collectively, "Wells Fargo") *Motion for Consolidation of Related Case for Discovery* (the "Motion") which seeks the consolidation of the above-captioned lawsuit with *James C. Armstrong v. Wells Fargo Bank, N.A., et al.*, Case No. 5:24-CV-00177-FB, pending in the United States District Court for the Western District of Texas, San Antonio Division through discovery. Having considered the Motion, pleadings and applicable legal authorities, the Court concludes the Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the following cases are consolidated through discovery, and a singular case management order will be entered to govern same:

   *James C. Armstrong, individually, and on behalf of others v. Wells Fargo Bank, N.A., et al.*, No. 5:24-CV-00177-FB, pending in the United States District Court for the Western District of Texas, San Antonio Division

1

*Mark Verstuyft, et al., v. Wells Fargo Bank, N.A. and Wells Fargo National Bank West*, No. 5:24-cv-00229-JKB-RBF, pending in the Western District of Texas, San Antonio Division.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE