## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARK VERSTUYFT, ROBIN VERSTUYFT, GORDON KUENEMANN, WENDY KUENEMANN, EARL BEYER and KENNETH BEYER**<br>     **Plaintiffs,** | § § § § § § | |
| **v.** | § § | **Case No. 5:24-cv-00229** |
| **WELLS FARGO BANK, N.A. and WELLS FARGO NATIONAL BANK WEST**<br>     **Defendants.** | § § § § § | |

### UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES IN EXCESS OF PAGE LIMITATIONS

TO THE HONORABLE RICHARD B. FARRER:

NOW COMES Mark Verstuyft, Robin Verstuyft, Gordon Kuenemann, Wendy Kuenemann, and Earl Beyer and Kenneth Beyer (as Co-trustees of the Beyer Living Trust) (the "Plaintiffs"), and files this their *Unopposed Motion for Leave to File Response in Opposition to Defendant's Motion for Leave to Designate Responsible Third Parties in Excess of Page Limitations* (the "Motion").

On August 9, 2024, Defendant Wells Fargo Bank N.A. served its *Motion for Leave to Designate Responsible Third Parties* (the Defendant's Motion"). Plaintiffs believe that the arguments required in Plaintiffs' response to Defendant's Motion are complex and require additional briefing that will exceed the page limitation imposed by Local Rule CV-7(C)(2). Therefore, Plaintiffs request permission to file the response which will contain pages in excess of the Local Rule limitations. Plaintiffs expect the response to be twelve

pages in length, exclusive of the certificate of service and conference statement.  A copy

of the *Response in Opposition to Defendant's Motion for Leave to Designate Responsible*

*Third Parties* is attached as Exhibit A.

WHEREFORE, premises considered, Plaintiffs request the Court enter an order

allowing Plaintiffs to file the *Response in Opposition to Defendant's Motion for Leave to*

*Designate Responsible Third Parties* attached hereto as Exhibit A and for such other relief

to which Plaintiffs may be shown to be justly entitled.


Respectfully submitted,

| | |
|---|---|
| LUTTRELL + CARMODY LAW GROUP<br>One International Centre<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216<br>Tel.   210.426.3600 | VILLA & WHITE, LLP<br>Attorneys at Law<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216<br>Tel.  210.225.4500<br>treywhite@villawhite.com |
| luttrell@lclawgroup.net | |
| By: /s/ Leslie M. Luttrell<br>     Leslie M. Luttrell<br>     State Bar No. 12708650 | By: /s/ Morris E. "Trey" White III<br>     Morris E. "Trey" White III<br>     State Bar No. 24003162 |
| **ATTORNEYS FOR ROBIN AND MARK VERSTUYFT, GORDON KUENEMANN AND WENDY KUENEMANN** | **ATTORNEYS FOR KENNETH BEYER AND EARL BEYER AS CO-TRUSTESS FOR THE BEYER LIVING** |

Mark Verstuyft, et al., vs. Wells Fargo Bank, N.A., et al.
Case No. 5:24-cv-00229
Motion for Leave to File Response in Excess of Page Limitations                    Page 2 of 3

## CERTIFICATE OF CONFERENCE

I, Morris E. "Trey" White III, do hereby certify that on August 16, 2024, I conferred with Mr. Jarrod Shaw, counsel for the Wells Fargo Bank Defendants, with regard to the relief requested in this Motion.  Mr. Shaw indicated that he does not oppose the relief requested herein.

*/s/ Morris E. "Trey" White III*
Morris E. "Trey" White III


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the following by electronic service or ECF Notification on the 16th day of August, 2024.

**Attorneys for Wells Fargo, N.A.**

Thomas M. Farrell
MCGUIREWOODS LLP
845 Texas Avenue, Suite 2400
Houston, TX 77002
Email: tfarrell@mcguirewoods.com

Jarrod D. Shaw
Nellie E. Hestin
Alexander McGuire
MCGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Email: jshaw@mcguirewoods.com
Email: nhestin@mcguirewoods.com
Email: amadrid@mcguirewoods.com

Addison E. Fontein
MCGUIREWOODS LLP
2601 Olive Street, Suite 2100
Sallas, Texas 75201
Email: afontein@mcguirewoods.com

*/s/ Morris E. "Trey" White III*
Morris E. "Trey" White III

Mark Verstuyft, et al., vs. Wells Fargo Bank, N.A., et al.
Case No. 5:24-cv-00229
Motion for Leave to File Response in Excess of Page Limitations                    Page 3 of 3