IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK VERSTUYFT, ROBIN VERSTUYFT, GORDON KUENEMANN, WENDY KUENEMANN, EARL BEYER, KENNETH BEYER, <br><br> *Plaintiffs,* <br><br> vs. <br><br> WELLS FARGO BANK, N.A.,  WELLS FARGO NATIONAL BANK WEST, <br><br> *Defendants.* | § § § § § § § § § § § § § § | 5-24-CV-00229-JKP-RBF |

**ORDER SETTING STATUS HEARING**

Before the Court is the status of this case, which was referred for disposition of all nondispositive pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 7.

**IT IS ORDERED** that this case is set for a video status hearing on **November 15, 2024**, at **1:00 pm**. All parties are required to appear by Zoom for the hearing. The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256
**Meeting ID:** 160 007 8256

**IT IS SO ORDERED.**

**SIGNED** this 8th day of November, 2024.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**